# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ATLEY SASSANO** <br><br> Plaintiff, <br><br> v. <br><br> **REWARDS ZONE USA, LLC and FLUENT, INC.** <br><br> Defendants. | Case No. 7:25-cv-02845 |

## STIPULATION OF DISMISSAL

Plaintiff, Atley Sassano, and Defendants, Rewards Zone USA, LLC and Fluent, Inc., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Atley Sassano against Defendants Rewards Zone USA, LLC and Fluent, Inc.

**IT IS SO STIPULATED.**

Dated: October 17, 2025

| | |
|---|---|
| */s/ Matthew A. Keilson* <br> Leo O'Toole <br> Matthew A. Keilson (pro hac vice) <br> WATSTEIN TEREPKA LLP <br> 75 14th Street NE, Ste. 2600 <br> Atlanta, Georgia 30309 <br> Tel: (404) 779-5190 <br> Tel: (305)498-3216 <br> lotoole@wtlaw.com <br> mkeilson@wtlaw.com <br> *Attorneys for Defendants* | */s/ Jacob U. Ginsburg* <br> CRAIG T. KIMMEL, Esq. <br> Jacob U. Ginsburg, Esq. (pro hac vice) <br> **KIMMEL & SILVERMAN, P.C.** <br> 30 E. Butler Ave. <br> Ambler, PA 19002 <br> Tel: 267-468-7638 <br> Tel: (267) 468-5374 <br> teamkimmel@creditlaw.com <br> jginsburg@creditlaw.com <br> *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the following Stipulation of Dismissal on all parties of record via ECF.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (pro hac vice)
